IN THE FOURTH COURT OF APPEALS

San Antonio, Texas

No. 04-15-00689-CV

TEN THOUSAND FIVE HUNDRED SIXTY-TWO DOLLARS AND NINTY-SIX
CENTS (10,562.96) UNITED STATES CURRENCY; and certain property

Appellant

V,

THE STATE OF TEXAS
Appellee

From the 224th Judicial District Court ,Bexar County, Texas
Trial Court No. 2014-CI-14694
Honorable Cathleen M. Stryker, Judge Presiding

---

MOTION TO COMPLY WITH TEX.R.APP.P.26.3, 10.5(b)(1)(C).

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, LONNIE Ray Hines, hereby filed this m motion to
comply with  TEX.R.APP.P.26.3, 10.5(b)(1)(C), and would show the
following;

!. Trial Court Judge signed final Judgment on September 29,2015.

2, Appellant's filed  Notice Of Appeals on October 29,2015.

3, Appellant's motion to file extension of time to file a notice
of appeal was due on November 13,2015.

4. Appellant's requests to file out of time extension of time to
comply with the rule of the court.

5. This is Appellant's first time requesting extension of time.

Reasonable explanation for failing to file notice of appeal
in time manner.

1. Appellant wasn't notified  by either Trial Court or
his Counsel that a hearig was set concerning the above matter.

2. Appellant's first learned of Final Judgment signed by
Trial Court, Judge was on Octomber 29, 2015, so to protect his

interest after learning that order signed by judge that all part-ies waived their right on appeal, something that Appellant would have never agreed to.

3. Appellant's have paid court cost and Clerk's record fees in good faith, to proceed on appeal.

4. This is not to harass or delay the proceeding in the interest of justice.

## PRAYER

Appellant's pray that this Honorable Court Of Appeals Grant his motion to proceed on appeal,Further pray that he may be granted and out of time extension of time to comply or considered his motion for being in complaince under the law.Appellant's pray for any other relief He may be justly entitled under the law.

*[signature]*
LONNIE RAY HINES

## UNSWORN DECLARATION

I, Lonnie Ray Hines,certify that the foregoing is true and correct to the best of my knowledge under the penal of perjury

Execute on December 6,2015

*[signature]*
LONNIE RAY HINES, PRO SE
TDCJ_CID# 1971010
CT-TERRELL UNIT
1300 FM 655
ROSHARON, TEXAS 77583
281-595-3481

Dec. 6, 2015
Lonnie Ray Hines
1971010
CT. Terrell Unit
1300 FM 655
Rosharon, Texas 77583
281-595-3481

Hon. Keith E. Hottle
Clerk.

RE: Ten Thousand Five Hundred Sixty-Two Dollars and Ninty-Six Cents, United States Currency and Certain property. v. The State of Texas, Cause No. 04-15-00689-cv. In the 224th Judicial District Court, Bexar County, Tx

Dear Hon. Hottle, Clerk,
     Please File motion with the Court, for a ruling, also Filed Stamp a Copy a Send back to me.

Thank you.
Lonnie Hines

CC. File



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 DEC 11 PM 1:01
KEITH E. HOTTLE, CLERK

and government agency.

1971010
Lonnie Ray Hines
CT-Terrell Unit
1300 FM 655
Rosharon Texas 77583

LEGAL MAIL
RE: 04-15-00689-CV

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 DEC 11 PM 1:01

Keith E. Hottle
KEITH E. HOTTLE, CLERK

NORTH HOUSTON TX 773
09 DEC 2015 PM 7 L
Happy Holidays

FOREVER

Hon. Keith Hottle, Clerk
COURT OF APPEALS
Fourth Court Of Appeals District
Cadena-Reeves Justice center
300 Dolorosa Suite 3200
SAN ANTONIO, TEXAS &*@)%_#)#&
78205

78205313000

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE - CORRECTIONAL
INSTITUTIONS DIVISION